IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| GEORGE LAVALLIE | Violation:  18 U.S.C. §§ 13 and 1153; and N.D.C.C. §§ 12.1-32-01 and 14-09-22.1 |

**Child Neglect in Indian Country**

The Grand Jury Charges:

On or about May 19, 2025, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

GEORGE LAVALLIE,

an Indian, was the parent, guardian, custodian, and adult family and household member of JOE DOE, a 13-year-old child, and JANE DOE, a 10-year-old child, and willfully failed to provide proper parental care and control and subsistence as required by law, and other care or control necessary for the child's physical, mental, and emotional health, and morals;

In violation of Title 18, United States Code, Sections 13 and 1153, and North Dakota Century Code, Sections 14-09-22.1 and 12.1-32-01.

TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ NICHOLAS W. CHASE
NICHOLAS W. CHASE
United States Attorney